UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:17-cv-109-HRW
*Filed Electronically*

Eastern District of Kentucky
**FILED**
JUN 13 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**In re: 2789 Briary Road, Quincy, KY 41166**

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.

JOSEPH RAY RISTER, II, ET AL.                                   DEFENDANTS

## ENTRY OF DEFAULT

*********

It appearing that the Complaint herein was filed on October 6, 2017; the Defendant, Joseph Ray Rister, II, has been served via appointment of Warning Order Attorney ; Defendant, Unknown Spouse of Joseph Ray Rister, II, has been served via appointment of Warning Order Attorney; Defendant, Peggy L. Rister, has been served by appointment of Warning Order Attorney; and Defendant Commonwealth of Kentucky Department Department of Revenue, Division of Collections has been served via Summons, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Joseph Ray Rister, II, Unknown Spouse of Joseph Ray Rister, II, Peggy L. Rister, Commonwealth of Kentucky Department of Revenue Division of Collections as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 13th day of June 2018.

ROBERT R. CARR
U. S. DISTRICT COURT CLERK

By: *Kelly S. Smith*
Deputy Clerk